IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN CRUMP,

    **Plaintiff,**

    v.                                                 CASE NO. 24-3090-JWL

VITAL CORE HEALTH STRATEGIES, LLC,
 et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff Steven Crump, a state prisoner currently housed at the Johnson County Adult Detention Center (JCADC) in Olathe, Kansas, brought this pro se civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1.) He initiated this case on June 5, 2024, by filing his complaint, a statement of transactions from his account at the JCADC, and a "poverty affidavit" declaring that he is unable to pay the filing fee. (Docs. 1 and 2.) The following day, the Court issued a notice of deficiency (NOD) informing Plaintiff that he was required to resubmit his complaint upon the provided court-approved forms and to either pay the statutorily required filing fee or submit a motion to proceed without prepayment of fees. (Doc. 3.) The NOD further advised Plaintiff that if he "fail[ed] to comply within the prescribed time, . . . this action may be dismissed without further notice for failure to comply with this court order." *Id.* at 1-2. The deadline for compliance was July 8, 2024. *Id.* at 2.

On July 8, 2024, the Court received from Plaintiff a complaint on the required court-approved form. (Doc. 4.) To date, however, the Court has not received from Plaintiff a motion to proceed without prepayment of the filing fees, nor has Plaintiff paid the filing fees. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to

1

2

dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has failed to fully comply with the NOD, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order.

**IT IS SO ORDERED**.

Dated on this 22nd day of July, 2024, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
John W. Lungstrum
United States District Judge