IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN CRUMP,

    **Plaintiff,**

    v.                                  CASE NO. 24-3090-JWL

VITAL CORE HEALTH STRATEGIES, LLC, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

This pro se civil rights action was dismissed without prejudice on July 22, 2024 because Plaintiff failed to comply with a court order directing him to either pay the statutorily required filing fee or submit a motion to proceed without prepayment of fees. (Doc. 5.) Plaintiff filed a notice of appeal, but he neither paid the appeal filing fee nor moved to proceed on appeal without prepayment of fees. On November 18, 2024, the Tenth Circuit dismissed the appeal for lack of prosecution. (Docs. 8 and 13.) On January 21, 2025, Plaintiff filed in this Court a motion requesting the waiver of the filing fee in five cases, including this one. (Doc. 14.) The motion will be denied as moot as it relates to this case because Plaintiff was never assessed a filing fee in this matter, so there is no fee to waive. To be clear, the motion is denied as moot only as it applies to case number 24-3090-JWL. Separate orders will be entered in each case in which Plaintiff has moved to waive the filing fee.

**IT IS THEREFORE ORDERED THAT** the motion to waive filing fee (Doc. 14) is **denied as moot** because no filing fee was assessed in this matter.

**IT IS SO ORDERED**.

Dated on this 22nd day of January, 2025, in Kansas City, Kansas.

                                            s/ John W. Lungstrum
                                            John W. Lungstrum
                                            United States District Judge